GEORGE HOFFMAN, Appellant, *v.* JOHN L. MURRAY, Respondent.

Reported below, 159 App. Div. 904.
(Submitted May 11, 1914; decided May 15, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 28, 1913, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for an alleged breach of a covenant in a lease.

The motion was made upon the ground that the notice of appeal was not served within the statutory period.

*Norbert Heinsheimer* for motion.

*Leo Fassler* opposed.

Motion denied, without costs.

---

ELIZABETH B. COLT, Appellant, *v.* A. T. DEMAREST & COMPANY, Respondent.

*Colt v. Demarest Co.*, 159 App. Div. 394, appeal dismissed.
(Submitted May 11, 1914; decided May 15, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 5, 1913, which reversed a determination of the Appellate Term affirming a judgment of the City Court of the city of New York in favor of plaintiff and directed a dismissal of the complaint in an action to recover for an alleged breach of warranty.

The motion was made upon the ground that permission to appeal had not been obtained.

*Guthrie B. Plante* for motion.

*Isaac N. Jacobson* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.